

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00567-CR

Alexis **MORGANFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR1804
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was due on December 14, 2022. Appellant has filed a second unopposed motion for extension of time and seeks a thirty-day extension. After consideration, we GRANT the motion and ORDER appellant to file his brief by January 13, 2023. Further requests for extension of time will be disfavored absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court